UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/Respondent, <br><br> v. <br><br> JAMES DALTON BELL, <br><br> Defendant/Petitioner. | NO.   C06-5148FDB <br>          CR00-5731FDB <br><br> ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion For Renewed Action in the Case.

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The Court construes Defendant's Motion For Renewed Action in case as a motion under 28 U.S.C. §2255, and incorporates by reference Defendant's Notice of Lack of Sentencing, (Dkt. No.

- 1

221), under civil case no. C06-5148FDB.

Defendant shall have 30 days from entry of this order to show cause why his motion should not be construed as a motion under 28 U.S.C. §2255.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record.

DATED this 22nd day of March 2006.

_____
The Honorable Franklin D. Burgess
United States District Judge

- 2