FILED _____ LODGED
_____ RECEIVED

JUN 28 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>JAMES DALTON BELL,<br><br>Defendant/Petitioner. | Case No. C06-5148FDB<br>(CR00-5731FDB)<br><br>ORDER DIRECTING RESPONSE |

Petitioner Bell has filed several letters as well as a motion to dismiss indictment following the Court's Show Cause Order regarding why the Court should not consider his motion at Docket # 1 a motion pursuant to 28 U.S.C. § 2255. Petitioner's latest letter in the above civil action was filed June 15, Dkt. # 13.

IT IS ORDERED: Plaintiff/Respondent shall file a response regarding Bell's various filings and the issues raised in this case no later than July 21, 2006.

DATED this 28 day of June, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

06-CV-05148-ORD