UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES DALTON BELL,

Defendant.

Case No. C06-5148FDB
CR00-5731FDB

ORDER DENYING CERTIFICATE
OF APPEALABILITY

Defendant stated insufficient grounds for this Court's recusal, his motion with respect to Judge Tanner is moot, and his assertion that this Court lacked jurisdiction to proceed with trial and to then impose sentence is without merit. His assertions considering his challenge to his conviction and sentence are outside the limitations period. These issues are not subject to debate among jurists of reason. NOW, THEREFORE,

IT IS ORDERED: Certificate of Appealability re Dkt. # 20 Notice of Appeal is DENIED.

DATED this 19th day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1